AP-77,040
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/2/2015 9:50:02 AM
Accepted 9/2/2015 9:52:50 AM
ABEL ACOSTA
CLERK

IN THE
COURT OF CRIMINAL APPEALS OF TEXAS

CEDRIC ALLEN RICKS,                §
      APPELLANT         §
V.                                 §              NO.  AP-77,040
                                   §
THE STATE OF TEXAS,                §
      APPELLEE          §

## STATE'S FIRST MOTION FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

COMES NOW, The State of Texas, by and through the Criminal District Attorney of Tarrant County, Texas, and moves the Court to extend the time for filing the State's brief in this cause to December 2, 2015.

I.

In May 2014, Appellant was convicted of capital murder and sentenced to death in the 371st Judicial District Court of Tarrant County, Texas, the Hon. Mollee Westfall presiding.  The case style and cause number below were *The State of Texas v. Cedric Allen Ricks*, No. 1361004R.

II.

The trial judge signed the judgment on May 16, 2014.  Appeal to this Court was automatic.  Appellant is currently incarcerated.

III.

The clerk's record was filed on September 15, 2014. The reporter's record was filed on December 18, 2014.

IV.

Appellant filed his brief on August 4, 2015, after being granted extensions totaling 196 days. The State's Brief is currently due on September 3, 2015. The State requests a 120-day extension of time to file its brief, thus creating a new due date of December 2, 2015.

V.

The State has not previously requested or been granted an extension of time to file its brief in this cause.

VI.

This extension is not requested for purposes of delay. This extension is necessary to allow the State adequate time to review the lengthy trial record in this death-penalty appeal and to research and respond to Appellant's twenty points of error. The State cannot complete the State's brief by the current deadline, and good cause exists to extend the time for filing the State's brief as requested herein.

VII.

Counsel for Appellant, the Hon. Mary B. Thornton, left the undersigned counsel for the State a telephone message on September 1, 2015, stating that she

does not oppose the State's motion for extension.

## VIII.

Counsel has been unable to begin reading the lengthy trial record, researching the issues, or drafting the State's brief in this cause. Counsel is assigned to the death-penalty case of Christopher Chubasco Wilkins, Nos. AP-75,878 (direct appeal) & WR-75,229-01 (initial habeas petition), in which an execution date of October 28, 2015, has been set. Counsel has been responsible for handling various matters that have arisen since the execution date was set, and counsel will be further required to handle matters related to any subsequent application for writ of habeas corpus and petition for clemency that may be filed as the execution date of October 28, 2015, approaches.

In addition, counsel's recent duties have included researching and drafting the State's brief in *Rafael Rodriguez v. The State of Texas*, No. 02-14-00377-CR, which is due on September 14, 2015; working to update her lengthy paper entitled "State Law of Charging Instruments," published every two years by Thompson Reuters, by the deadline of September 15, 2015; attending the TDCAA Legislative Update the afternoon of August 28, 2015; filing the State's brief in *Roderick Dixon v. The State of Texas*, Nos. 02-14-00379-CR through 02-14-00382-CR, on August 10, 2015; handling administrative duties in the post-conviction section of the Criminal District Attorney's Office from August 3-14, 2015; and reviewing the

work of other attorneys in the post-conviction section when requested to do so. Counsel was out of the office from August 18-24, 2015.

WHEREFORE, PREMISES CONSIDERED, the State respectfully requests that the Court extend the time for filing the State's brief to December 2, 2015.

Respectfully submitted,

SHAREN WILSON
Criminal District Attorney
Tarrant County, Texas

DEBRA WINDSOR
Assistant Criminal District Attorney
Chief, Post-Conviction

/s/ Helena F. Faulkner
HELENA F. FAULKNER
Assistant Criminal District Attorney
State Bar No. 06855600
401 W. Belknap
Fort Worth, Texas 76196-0201
(817) 884-1687
FAX (817) 884-1672
CCAappellatealerts@tarrantcountytx.gov

CERTIFICATE OF CONFERENCE

On September 1, 2015, Appellant's counsel, Mary B. Thornton, left a telephone message informing the undersigned counsel that she does not oppose this motion for extension.

/s/ Helena F. Faulkner
HELENA F. FAULKNER

## CERTIFICATE OF SERVICE

On September 2, 2015, a copy of the State's motion was e-served on Appellant's direct-appeal counsel Mary B. Thornton, marybrabson01@gmail.com; and his habeas counsel, Catherine Clare Bernhard, cbernhard@sbcglobal.net.

/s/ Helena F. Faulkner
HELENA F. FAULKNER